United States Bankruptcy Court
District of Colorado

Grays,
Plaintiff
Laradon NW LLC,
Defendant

Adv. Proc. No. 26-01267-JGR

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 1082-1 | User: admin | Page 1 of 1 |
| Date Rcvd: Nov 01, 2026 | Form ID: pdf904 | Total Noticed: 2 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 01, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| pla | + | Tiffany Taneesha Grays, PO Box 472322, Aurora, CO 80047-2322 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| ust | ^ | MEBN | Nov 01 2026 01:10:19 | Aaron Carson, 1961 Stout St., Ste. 12-200, Denver, CO 80294-6004 |

TOTAL: 1

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| dft | | Laradon NW LLC |
| dft | | Tschetter, Sulzer, Muccio P.C. |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 01, 2026 Signature: /s/Gustava Winters

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF COLORADO**
Bankruptcy Judge Joseph G. Rosania, Jr.

| | |
|---|---|
| In re:<br><br>TIFFANY TANEESHA GRAYS,<br><br>Debtor. | Case No. 25-14416-JGR<br>Chapter 7 |
| TIFFANY TANEESHA GRAYS,<br><br>Plaintiff,<br><br>v.<br><br>LARADON NW LLC,<br>*dba* Gorman & Company LLC,<br>*dba* GEC Laradon NW LLC,<br><br>TSCHETTER, SULZER, MUCCIO P.C.,<br><br>Defendants. | Adv. Pro. No. 26-01267-JGR |

## ORDER DENYING MOTION TO CORRECT ANSWER DATE

THIS MATTER comes before the Court on the Motion to Correct Answer Date filed by Plaintiff on October 20, 2026 (Doc. 5; the "Motion").

The Motion asserts that the Summons issued on Defendant Tschetter, Sulzer, Muccio P.C. ("Tschetter") erroneously provides Defendant Tschetter with 30 days to answer the Plaintiff's Complaint and seeks an order that Defendant Tschetter must answer the Complaint within 21 days of service pursuant to Fed.R.Bankr.P. 7012(a)(3).

However, Plaintiff's Motion incorrectly asserts that Defendant Tschetter is a crossclaim defendant. By definition a crossclaim involves a legal claim filed by one party against a co-party who is on the same side of a lawsuit. Here, Defendant Tschetter is not a co-party on the same side as Plaintiff. Accordingly, Plaintiff's Complaint cannot be properly considered a crossclaim complaint under Fed.R.Bankr.P. 7012(a)(3).

Pursuant to Fed.R.Bankr.P. 7012(a)(1), Defendant Tschetter may file an answer to Plaintiff's Complaint within 30 days of service, as stated in the Summons issued on October 16, 2026 (Doc. 2). Accordingly,

IT IS ORDERED that Plaintiff's Motion to Correct Answer Date filed on October 20, 2026 (Doc. 5) is hereby DENIED.

Dated this 23rd day of October, 2026.

BY THE COURT:

______________________________

Joseph G. Rosania, Jr.
Bankruptcy Judge